# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cr-30186-MJR |
| ) | |
| CHRISTOPHER GAJEWSKI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On September 7, 2018, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Christopher Gajewski entered a guilty plea to possession with intent to distribute over 50 grams of a mixture or substance containing a detectable amount of methamphetamine (a lesser included offense of Count 1 of the indictment), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii) (Docs. 1, 33, 34).

By Report and Recommendation ("R&R") dated September 7, 2018, (Doc. 36), Magistrate Judge Proud recommends that the undersigned accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a

presentence investigation report, and schedule a sentencing hearing.  The parties were given an opportunity to respond to the R&R, and the deadline elapsed on September 24, 2018, with no responses or related filings.

Accordingly, the Court **ADOPTS** in its entirety the R&R (Doc. 36), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of possession with intent to distribute over 50 grams of a mixture or substance containing a detectable amount of methamphetamine.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Sentencing shall be held on **December 7, 2018 at 11:00 a.m.** before Chief Judge Reagan at the U.S. District Court for the Southern District of Illinois, located in East St. Louis, Illinois.

Finally, the Court **SETS** the following important deadlines.  Any sentencing memorandum must be filed **no later than 14 days before the sentencing hearing**.  Any response to a sentencing memorandum must be filed **no later than 7 days before the sentencing hearing**.  If a party intends to present live testimony at the sentencing hearing, a notice identifying witness(es) and summarizing the nature and anticipated length of the testimony must be filed **no later than 14 days before the sentencing hearing**.

IT IS SO ORDERED.

DATED: September 25, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge